UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: GARY L. LYNN : CHAPTER 13
       Debtor(s) :
        :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
        :
       vs. :
        :
GARY L. LYNN :
       Respondent(s) : CASE NO. 4-16-bk-05051

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

    AND NOW, this 30th day of January, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

       a. The plan is underfunded relative to claims to be paid – 100% plan.

    WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

       a. Deny confirmation of debtor(s) plan.
       b. Dismiss or convert debtor(s) case.
       c. Provide such other relief as is equitable and just.

                             Respectfully submitted:

                             Charles J. DeHart, III
                             Standing Chapter 13 Trustee
                             8125 Adams Drive, Suite A
                             Hummelstown, PA 17036
                             (717) 566-6097

CERTIFICATE OF SERVICE

    AND NOW, this 1st day of February, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Robert Spielman, Esquire
14 Spruce Avenue
Plains Township, PA   18705

              /s/Deborah A. Behney
              Office of Charles J. DeHart, III
              Standing Chapter 13 Trustee