```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 16-05051-JJT
Gary L Lynn                                                         Chapter 13
        Debtor                     CERTIFICATE OF NOTICE

District/off: 0314-4          User: DGeorge              Page 1 of 1        Date Rcvd: Feb 01, 2017
                              Form ID: ntcnfhrg          Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2017.
```
db          +Gary L Lynn,    PO Box 83,    Riverside, PA 17868-0083
4865049     +1 M T Plaza,    Buffalo, NY 14203-2309
4865041     +Chase Credit Card,    PO Box 15298,    Wilmington, DE 19850-5298
4865042     +Citibank Home Depot,    PO Box 6497,    Sioux Falls , SD 57117-6497
4865045     +Comenity Bank BonTon,    PO Box 182789,    Columbus, OH 43218-2789
4872937     +M&T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
4865044     +PO Box 6275,    Sioux Falls, SD 57117-6275
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4865046      E-mail/Text: cio.bncmail@irs.gov Feb 01 2017 19:03:36      Internal Revenue Service,
              P O Box 7346,    Philadelphia, PA 19101-7346
4865047     +E-mail/Text: camanagement@mtb.com Feb 01 2017 19:03:40      M T Bank,   B 4 13,   1 M T Plaza,
              Buffalo, NY 14203-2399
4876569      E-mail/Text: camanagement@mtb.com Feb 01 2017 19:03:40      M&T Bank,   P.O. Box 840,
              Buffalo, NY 14240-0840
4876439      E-mail/Text: bnc-quantum@quantum3group.com Feb 01 2017 19:03:42
              Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA 98083-0788
4865050     +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2017 19:03:02      Synchrony Bank JC Penney,
              PO Box 965060,    Orlando, FL 32896-5060
4865051     +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2017 19:03:02      Synchrony Bank Lowes,
              PO Box 965005,    Orlando, FL 32896-5005
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4865043       Citibank Sears
4865048       M T Bank
                                                                                  TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Robert Spielman     on behalf of Debtor Gary L Lynn bobspielman@yahoo.com, rssecty@yahoo.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Gary L Lynn
Debtor(s)

Chapter 13

Case No. 4:16−bk−05051−JJT

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **March 3, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court US Courthouse, Courtroom #3, 3rd Floor, 240 West 3rd Street, Williamsport, PA 17701 | Date: March 24, 2017 Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court 197 S Main St, Wilkes−Barre, PA 18701 OR PO Box 908, Harrisburg, PA 17108 570−831−2500/717−901−2800 | **For the Court:** Clerk of the Bankruptcy Court: Terrence S. Miller By: DGeorge |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 1, 2017 |