# ROBERT SPIELMAN

ATTORNEY AT LAW
A PROFESSIONAL CORPORATION

August 29, 2017

Office of the Clerk
US Bankruptcy Court
197 S Main St
Wilkes Barre PA 18701

SUBJECT:     Gary L. Lynn
             Case No 4:16-bk-05051

To Whom It May Concern:

Please note that the address of the above-referenced individual(s) has changed. The new address is as follows:

Gary L. Lynn
535 Dewart St
PO Box 83
Riverside, PA  17821

Please mark this change on your records.

Thank you.

Sincerely,

/s/ ROBERT SPIELMAN

Robert Spielman