```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                            Case No. 16-05051-JJT
Gary L Lynn                                                       Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-4          User: DGeorge              Page 1 of 1              Date Rcvd: Nov 05, 2018
                              Form ID: pdf010            Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2018.
      +Janel Barwick, Director,   Northumberland County Tax Claim Bureau,   Northumberland County,
        399 Stadium Dr,    Sunbury PA 17801-3201
      +Jason Bendle, Superintendent of Schools,   Danville Area School District,   733 Ironmen La,
        Danville PA 17821-2192
       Joseph Oberdorf, Mayor,   Riverside Borough,   301 Dewart St,   Riverside PA 17868
       Rebecca Steckley, Riverside Borough Tax Collector,   702 Sunbury Rd,   Riverside PA 17868
      +Richard J Sloch, Chairman,   Northumberland County Board of Commissio,   Northumberland County,
        399 Stadium Dr,    Sunbury PA 17801-3201
       Richard S Gold, President and COO,   M&T BankONE M&T Plaza,   Buffalo NY 14203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2018 at the address(es) listed below:
       Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
       James   Warmbrodt     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
       Robert   Spielman    on behalf of Debtor 1 Gary L Lynn bobspielman@yahoo.com,    rssecty@yahoo.com
       United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                         TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re
Gary L Lynn
    Debtor

Case No 4:16-bk-05051 JJT

Gary L Lynn
    Movant

v

M&T Bank
Northumberland County
Danville Area School District
Borough of Riverside
Charles DeHart III Trustee
    Respondents

ORDER

Upon consideration of the MOTION OF DEBTOR FOR SALE OF REAL PROPERTY NOT IN THE ORDINARY COURSE OF BUSINESS IN ACCORDANCE WITH SECTION 363(b)(1) OF THE CODE (the "Motion"), the relief sought in the Motion is granted, and Debtor is permitted to sell the Premises that are the subject of the Motion to Larry L Long and Ruth L Long not in the ordinary course of the Debtor's business, in accordance with Section 363(b)(1) of the Code; and the following items shall be paid at closing, in the following order: a) legal fees and expenses incurred by Debtor's counsel as a consequence of this transaction in the amount of $1860; b) a broker's fee in the amount set forth in a certain listing agreement (the "Listing Agreement") between the Debtor and Bressi & Martin Real Estate inc, which Listing Agreement is the subject of a motion to appoint a real estate professional that has been concurrently filed and served on all creditors and parties in interest; c) all real estate taxes and municipal liens prorated as of the date of closing; e) transfer taxes and closing, deed preparation, and recording expenses, e) the full amount owed to M&T; (f) the amount of the exemption in the Premises claimed by the Debtor in the amount of $23,675; and (g) the remainder to Charles DeHart III; and that if the amount paid to Charles DeHart III is sufficient to pay in full all unsecured creditors with allowed claims, then the excess shall be refunded to the Debtor by the Trustee.

Dated: November 2, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)

Case 4:16-bk-05051-JJT   Doc 45   Filed 11/07/18   Entered 11/08/18 00:43:34   Desc
Imaged Certificate of Notice   Page 2 of 2