In re:                                                          Case No. 16-05051-JJT
Gary L Lynn                                                     Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4          User: DGeorge          Page 1 of 1          Date Rcvd: Nov 05, 2018
                             Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2018.
            +Richard Hallick,     Bressi & Martin Real Estate Agency,     2 E Independence St,
              Shamokin, PA 17872-6800

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2018 at the address(es) listed below:
            Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
            James  Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
            Robert  Spielman    on behalf of Debtor 1 Gary L Lynn bobspielman@yahoo.com,   rssecty@yahoo.com
            United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 4

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re
Gary L Lynn                                      Case No 4:16-bk-05051 JJT

### ORDER

Upon consideration of the Amended **Application OF DEBTOR TO EMPLOY REAL ESTATE**

**PROFESSIONAL**, the aforesaid application is granted, and the Debtor is permitted to engage Richard

Hallick and Bressi & Martin Real Estate Inc - Shamokin as a real estate agent and broker, subject to the

terms set forth in the Agreement that is annexed to the Motion ( docket 38).

Dated:   November 2, 2018                     By the Court,

_____

John J. Thomas, Bankruptcy Judge (RPR)