# ROBERT SPIELMAN
ATTORNEY AT LAW
A PROFESSIONAL CORPORATION

April 24, 2019

Office of the Clerk
US Bankruptcy Court
197 S Main St
Wilkes Barre PA 18701

SUBJECT: Gary L Lynn
Case No 4:16-bk-05051

To Whom It May Concern:

Please note that the address of the above-referenced individual(s) has changed. The new address is as follows:

Gary L Lynn
38 N 6th St
Sunbury, PA 17801

Please mark this change on your records.

Thank you.

Sincerely,

*/s/ ROBERT SPIELMAN*

Robert Spielman

29 EAST MAIN STREET SUITE D BLOOMSBURG PA 17815-1804 • 14 SPRUCE AVENUE WILKES BARRE PA 18705-2214
TELEPHONE 570-380-1072 • FAX 570-784-3429

Case 4:16-bk-05051-RNO    Doc 49    Filed 04/24/19    Entered 04/24/19 08:30:51    Desc
Main Document    Page 1 of 1